IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| MADELINE JOHNSTONE, | Civil Action No. 4:17-cv-01624 |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned civil action is dismissed with prejudice. All claims alleged in the within action, or arising from the same transaction or occurrence, which have been or could have been filed in this action shall henceforth be barred, forever. The parties further stipulate that each party hereto shall be responsible for that party's own costs and attorneys' fees arising out of this case.

**AND IT IS SO STIPULATED.**

| | |
|---|---|
| s/ William Gary White III<br>William Gary White III- Fed. ID: 3130<br>2009 Lincoln Street<br>Columbia, SC 29201<br>attygarywhite@yahoo.com<br><br>Robert W. Rushing, Jr.<br>4557 S. Highway 17 By-Pass<br>Myrtle Beach, SC 29577<br>Robert5286@aol.com<br><br>August 30, 2017<br><br>*ATTORNEYS FOR PLAINTIFF* | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br><br>s/ John C. Hawk IV<br>John C. Hawk IV- Fed ID: 9853<br>5 Exchange Street<br>P.O. Box 999<br>Charleston, SC 29402-0999<br>843-722-3400<br>jhawk@wcsr.com<br><br>August 30, 2017<br><br>*ATTORNEYS FOR DEFENDANT* |

WCSR 40571548v1

WCSR 40571548v1